# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

J. Scott Kunst, Respondent,

v.

David Loree, Petitioner.

Appellate Case No. 2018-001700

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Pickens County
Robin B. Stilwell, Circuit Court Judge

---

Opinion No. 27929
Submitted October 15, 2019 – Filed November 20, 2019

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Violet Elizabeth Wright, of V. Elizabeth Wright Law Firm LLC, of Greenville, and Gregory K. Smith, of Smith, Gambrell & Russell, of Atlanta, Georgia, for Petitioner.

J. Scott Kunst, pro se, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Kunst v. Loree*, 424 S.C. 24, 817 S.E.2d 295 (Ct. App. 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**